IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | NOTICE OF APPEAL |
| V. | : | Cr. No. 04-00475-01 |
| THOMAS EARL WILLIAMS,<br>*Defendant* | : | HON. ANITA B. BRODY |

## NOTICE OF APPEAL

**NOTICE** is hereby given that **THOMAS EARL WILLIAMS**, defendant in the above captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Judgment of Sentence entered in this action on the 19th day of December, 2005.

_____
**HOWARD D. POPPER,**
*Popper & Yatvin*
230 South Broad Street, Suite 503
Philadelphia, PA 19102
(215) 546-5700
FAX (215) 546-5701

January 5, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | NOTICE OF APPEAL |
| V. | : | Cr. No. 04-00475-01 |
| THOMAS EARL WILLIAMS,<br>*Defendant* | : | HON. ANITA B. BRODY |

**CERTIFICATE OF SERVICE**

I do hereby certify that I have caused a copy of the foregoing Notice of Appeal to be served on the following by First Class Mail, pre-paid:

> Floyd J. Miller, Esquire
> Assistant United States Attorney
> United States Attorney's Office
> 615 Chestnut Street, Suite 1250
> Philadelphia, PA 19106

Date: _____

_____
**HOWARD D. POPPER**
*Popper & Yatvin*
230 South Broad Street, Suite 503
Philadelphia, PA 19102
(215) 546-5700
FAX (215) 546-5701