| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | CASE NUMBER *(Tran. Court)* 2:04CR00475-01 |
|---|---|---|
| | | CASE NUMBER *(Rec. Court)* 12-CR-711-RBK |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Thomas E. Williams<br>222 White Horse Pike<br>Norris Apt. #43-D<br>Clementon, NJ 08021 | Eastern District of Pennsylvania | |
| | NAME OF SENTENCING JUDGE<br>The Honorable Anita B. Brody | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/14/2012    TO 2/13/2015 |

OFFENSE  Conspiracy to make false statements to a federally licensed firearms dealer (Count One); and providing false information to a federal licensee and aiding and abetting (Count Two).

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9/27/12                           *Anita B. Brody*
*Date*                                  *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of New Jersey

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10-4-12
*Effective Date*                      *United States District Judge*

RECEIVED
NOV 0 2012
U.S. PROBATION OFFICE
CAMDEN NJ