November 16, 2012

U.S. District Court
District of New Jersey
MLK King, Jr. Federal Bldg & Courthouse
50 Walnut Street
Newark, NJ 07101

        RE:    United States of America vs Thomas Earl Williams
                  Cr. No. 04-475-01

Dear Clerk:

Pursuant to Transfer of Jurisdiction of Probation, we herewith enclose a certified copy of the following:

        Indictment
        Judgment
        Docket Sheet

Kindly acknowledge receipt on the copy of the letter provided.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: *[signature]*
James Hamilton, Deputy Clerk

c:

Received above material or record file this _____ day of _____,

Signature: *[signature]*
Date: 11/19/2012

crf7